**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **In re:** | ) | **Bankruptcy No.: 10-02236-dd** |
| | ) | |
| **Terry Sandifer d/b/a Sandifer Farms** | ) ) | |
| | ) | **Chapter 12** |
| | ) | |
| Debtor. | ) | APPLICATION FOR APPROVAL |
| | ) | OF EMPLOYMENT OF ATTORNEY |

The application of the Debtor will show:

1. On March 29, 2010, the Debtor filed a petition under Chapter 12 of the Bankruptcy Code.

2. The Debtor has continued in possession of his property.

3. The Debtor, as Debtor in Possession, wishes to employ Bird & Smith, P.A. a law firm with attorneys duly admitted to practice in this court.

4. The Debtor has selected Bird & Smith, P.A. because it has considerable experience in matters of this nature, and the Debtor believse that Bird & Smith, P.A. is well qualified to represent him as Debtor in Possession in this proceeding.

5. The Debtor requests authorization to employ Bird & Smith, P.A. in order that certain necessary legal services be provided to the Debtor including: complying with procedural matters, preparing a Chapter 12 plan, dealing generally with Creditors and other matters relating to the estate, and providing such other representation as may be necessary.

6. Bird & Smith, P.A , its attorneys', and employees' connections with the Debtor, Creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States of the United States Trustee: Bird & Smith, P.A., through its predecessor, Price, Bird, Smith, and Boulware, P.A. represented the debtor in a previous Chapter 12 case, 09-4332.

The Debtor requests that the Court consider this application and approve the appointment of Bird & Smith, P.A. as his attorney.

Respectfully submitted,

Date: March 29, 2010

S/ Terry Sandifer
Terry Sandifer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: ) | Bankruptcy No.: 10-02236-dd |
| ) | |
| Terry Sandifer d/b/a Sandifer ) | |
| Farms ) | Chapter 12 |
| ) | |
| ) | |
| Debtor. ) | AFFIDAVIT OF PROFESSIONAL |
| ) | |

Personally appeared before me, Reid B. Smith, who, being duly sworn, deposes and says that:

1. He is an attorney and a member of Bird & Smith, P.A., which maintains an office at 1711 St. Julian Place, Suite 102, Columbia, South Carolina.

2. Neither he nor his firm hold an interest adverse to the estate in any manner upon which he is to become employed, nor has he agreed to accept any remuneration from any party other than from this court for the duties for which he will be appointed.

3. Both my firm and I are disinterested persons in this case as that term is defined in 11 U.S.C. § 101(14).

4. With the following exceptions, neither my firm, or its employees have connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee: Bird & Smith, P.A., through its predecessor, Price, Bird, Smith, and Boulware, P.A. represented the debtor in a previous Chapter 12 case, 09-4332

5. The debtor and I have agreed that Price, Bird, Smith, and Boulware, P.A. will be employed on an hourly basis of $300.00 for attorney time, and $100.00 per hour for paralegal time, plus costs and expenses.. I understand that my compensation will be set by the court pursuant to 11 U.S.C. § 330(a) and that the amount of compensation set by the court may differ from that agreed to between me and the debtor.

_____
Reid B. Smith

SWORN TO AND SUBSCRIBED before me
on this the 13th day of April, 2009

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: 4/29/2014